JANUARY TERM, 1886.        231

Hill vs. Armstrong and another.    Lyle, Adm'r, etc. vs. Williams, imp.

HILL, Appellant, vs. ARMSTRONG and another, Respondents.

*January 18 — February 2, 1886.*

APPEAL from the Circuit Court for *Juneau* County.

COLE, C. J.    This case involves the same questions of law and fact as the one above, and, according to the stipulation of the parties, the same order will be made in it.

*By the Court.*— The order of the circuit court dissolving the attachment is reversed, and the cause is remanded for further proceedings according to law.

